IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02531-BNB

RANDY KAILEY,

Applicant,

v.

KEVIN MILARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

Applicant Randy Kailey is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility. On November 30, 2007, Mr. Kailey filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. In the Application, Mr. Kailey challenges the validity of his conviction in Jefferson County District Court in Case No. 85-CR-516. For the reasons stated below, the Application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Upon review of the Application, the Court has determined that Applicant is challenging the same criminal conviction that he has challenged in three previous § 2254 actions. *Kailey v. Price, et al.*, No. 91-cv-00999-LTB (D. Colo. Nov. 29, 1991) (dismissed without prejudice for failure to exhaust state court remedies); *Kailey v. Price, et al.*, No. 91-cv-02272-LTB (D. Colo. Oct. 11, 1994) (denied on the merits) *aff'd*, No. 94-1512 (10th Cir. Jan. 17, 1996) (Not selected for publication); *Kailey v.*

*Furlong, et al.*, No. 96-cv-02651-LTB (D. Colo. May 9, 1997) (dismissed as successive), *appeal dismissed*, No. 97-1223 (10th Cir. Nov. 13, 1997) (both applicant's appeal and two motions for authorization to file second § 2254 application were denied). Therefore, the instant Application is a successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Kailey must apply to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) for an order authorizing this Court to consider his successive application. Mr. Kailey has not provided to the Court the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the Clerk of the Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 21 day of February, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02531-BNB

Randy Kailey
Prisoner No. 50247
Sterling Correctional Facility
PO Box 6000 - Bldg. 21/B-105
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/22/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk